# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-25-00828-CV

**Mon De Leseo Williams, Appellant**

**v.**

**Candice Bogan, Appellee**

### FROM THE 480TH DISTRICT COURT OF WILLIAMSON COUNTY
### NO. 26-0424-F480, THE HONORABLE TERENCE M. DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due on March 4, 2026. On March 12, 2026, this Court sent a notice to appellant informing him that his brief was overdue and that a failure to file a satisfactory response by March 23, 2026 would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Dismissed for Want of Prosecution

Filed: March 27, 2026